NVB 1007–9 (Rev. 8/17)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–17–15296–led |
| SCOTT PAUL STOBIE | CHAPTER 7 |
| Debtor(s) | NOTICE OF FINANCIAL MANAGEMENT DEFICIENCY |

Please review the following deficiency regarding debtor(s) Certification About a Financial Management Course (Official Form 423):

* Official Form 423 or Certificate of Completion was not filed. Please file by October 13, 2017 or your case could be closed without a discharge and a fee incurred for reopening. If a joint petition is filed, each spouse must complete and file a separate Official Form 423 or Certificate of Completion. Official Form 423 can be accessed on the court's web site at:
  http://www.nvb.uscourts.gov/rules–forms/forms/official–forms/.

Dated: 10/2/17

*Mary A. Schott*

Mary A. Schott
Clerk of Court